Russell W. Lynne, of Decatur, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

32 So.2d 172

**Sellie NESMITH v. Lavirne NESMITH.**

8 Div. 366.

Supreme Court of Alabama.
March 18, 1947.

Appeal from County Court, Morgan County; W. H. Long, Judge.

Russell W. Lynne, of Decatur, for appellant.

E. C. Nix, of Decatur, for appellee.

PER CURIAM.

Appeal dismissed.

29 So.2d 889

**Flora Brown PAUL v. FIRST NATIONAL BANK OF BIRMINGHAM, as Guardian and Trustee.**

6 Div. 97.

Supreme Court of Alabama.
Dec. 17, 1946.

Appeal from Circuit Court, Jefferson County; E. M. Creel, Judge.

PER CURIAM.

Appeal dismissed, motion of appellant.

29 So.2d 889

**James H. SCHLEY, Jr., et al. v. CLEANERS HANGER CO.**

7 Div. 882.

Supreme Court of Alabama.
Dec. 23, 1946.

Appeal from Circuit Court, Etowah County; J. H. Disque, Jr., Judge.

Roberts, Cunningham & Hawkins, of Gadsden, for appellants.

Hubert Burns, of Gadsden, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellants.

29 So.2d 890

**SEABOARD SURETY CO. v. Addie Lee FARISH, as Director, State Dept. of Commerce.**

3 Div. 466.

Supreme Court of Alabama.
Dec. 11, 1946.

Appeal from Circuit Court, Montgomery County; Walter B. Jones, Judge.

PER CURIAM.

Appeal dismissed, motion of appellant.

29 So.2d 890

**Leslie SPENCE v. STATE.**

6 Div. 334.

Supreme Court of Alabama.
Nov. 29, 1946.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Robbery.